**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | * | **NO. 23-10223** |
| **KATHLEEN M. SCHROEDER** | * | **SECTION: A** |
|     Debtor | | |
| | * | **CHAPTER 7** |
| * | * | * |
| **KATHLEEN M. SCHROEDER** | * | **ADVERSARY NO.** |
|     Plaintiff | | |
| | * | **23-01009** |
|     v. | | |
| | * | |
| **UNITED STATES DEPARTMENT OF EDUCATION, NELNET SERVICING, LLC and NAVIENT SOLUTIONS, LLC** | * | |
|     Defendants | * | |
| * | * | * |

## STIPULATION TO EXTEND DEADLINES

Debtor/Plaintiff, Kathleen M. Schroeder, commenced this proceeding on May 5, 2023. Plaintiff seeks a judgment declaring student loans owed to the United States Department of Education ("DOE") dischargeable under 11 U.S.C. § 523(a)(8). On November 17, 2022, the United States Department of Justice ("DOJ"), in coordination with DOE, promulgated guidance with respect to proceedings brought pursuant to 11 U.S.C. § 523 (a) (8) (the "Guidance").

In order to accommodate the Guidance and the processes contemplated thereby, the parties hereby stipulate and agree as follows:

1. The Guidance appears to apply to this adversary proceeding;

2. This action constitutes one in which this court may enter final orders and judgment, and the parties consent to this court's exercise of jurisdiction and entry of final orders or judgment;

3. The deadline by which DOE must answer or otherwise respond to Plaintff's complaint, June 15, 2023, be and is hereby extended by 120 days, to October 13, 2023;

4. The need to afford the parties time to comply with the Guidance constitutes good cause for delaying the issuance of a scheduling order beyond the deadline set forth in Civil Rule 16(b) (2), which applies in this proceeding pursuant to Bankruptcy Rule 7016.

The parties respectfully request that the foregoing stipulation be approved and made an order of this court.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*/s/Glenn K. Schreiber*
**GLENN K. SCHREIBER**
Assistant United States Attorney
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, 16th Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3093
Fax: (504) 680-3174
glenn.schreiber@usdoj.gov

Attorney for Defendant

/s/ *Rachel Thyre Vogeltanz*
Rachel Thyre Vogeltanz
The Law Office of Rachel Thyre Vogeltanz, LLC
428 W. 21st Avenue
Covington, LA 70433
Telephone: (985) 377-9271
Fax: (985) 302-0972
rachel@rachel.law

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this **7th** day of **June**, 2023, a copy of the foregoing **STIPULATION TO EXTEND DEADLINES** was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

/s/ *Glenn K. Schreiber*
**GLENN K. SCHREIBER**
Assistant United States Attorney