UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:<br>   KATHLEEN M. SCHROEDER, Debtor.<br>_____<br><br>KATHLEEN M. SCHROEDER, Plaintiff,<br><br>   *versus*<br><br>UNITED STATES DEPARTMENT<br>OF EDUCATION, NELNET SERVICING, LLC,<br>and NAVIENT SOLUTIONS, LLC, Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 7<br>Case No. 23-10223<br><br><br><br><br><br>Case No. 23-AP-01009 |

## NOTICE OF DISMISSAL OF DEFENDANT
## UNITED STATES DEPARTMENT OF EDUCATION

NOW COMES plaintiff and debtor Kathleen M. Schroeder and files this notice of dismissal of the United States Department of Education, without prejudice, from her above captioned and numbered adversary proceeding.

The United States Department of Education was named by plaintiff as a party defendant in her original adversary proceeding complaint (Rec. No. 1)("Complaint to Determine Dischargeability of a Debt"). As of the time of this filing, the U.S. Dept. of Ed. has not filed an answer or moved for summary judgment.

Under Federal Rules of Civil Procedure Rule 41, and Federal Rules of Bankruptcy Procedure Rule 7041, plaintiff files this notice dismissing without prejudice her actions, claims, complaint, and associated proceedings forming and contained in the above-captioned adversary proceeding against the U.S. Department of Education.

Plaintiff's complaint and actions against intervening defendant party Educational Credit Management Corporation, which may be completed without participation from the U.S. Dept. of Ed. as a party, remains and is not being dismissed under this notice.

<div style="display: flex;">

<div>

Certificate of Service

I hereby certify that the foregoing notice has been served on all parties via counsel of record through this Court's CM/ECF electronic filing system, or by email and US Mail if CM/ECF system is unavailable to a party, as well as to the appropriate trustee and/or US trustee via CM/ECF.

_/s/ Bryce G. Murray_
Bryce G. Murray

</div>

<div>

Respectfully submitted,

_/s/ Bryce G. Murray_
JENNY A. ABSHIER, TA (#32984)
BRYCE G. MURRAY, (#28968)
**BIG EASY LAW GROUP, LLC**
3939 Veterans Memorial Blvd., Suite 215
Metairie, Louisiana 70002
Telephone: (504) 454-1515
Facsimile: (866) 596-2555
Service Email: ecf@bigeasybk.com
Communication Email:
   Bryce@bigeasybk.com
   Jenny@bigeasybk.com
*Attorney for Plaintiff and Debtor*
   *Kathleen M. Schroeder*

</div>

</div>